#### UNITED STATES DISTRICT COURT
#### DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT 100079178271142 THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | No. 1:24-mj-00173-JCN<br><br>**FILED UNDER SEAL** |

#### AFFIDAVIT IN SUPPORT OF
#### AN APPLICATION FOR A SEARCH WARRANT

I, Nicholas Rich, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account, information that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., aka Meta, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account identified in Attachment A (the "Target Account").

2.  I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been since February of 2008. I am presently assigned to the Bangor, Maine, office and have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c). As a federal agent, I am authorized to investigate violations of

laws of the United States and to execute warrants issued under the authority of the United States. During my employment with DEA, I have participated in numerous investigations relating to the distribution of controlled substances, including cocaine, heroin, fentanyl, methamphetamine, diverted pharmaceuticals, and other substances in violation of the federal anti-drug laws, including Title 21, United States Code, Sections 841 and 846. I have conducted or participated in, among other things, surveillance, the execution of search and arrest warrants, debriefings of informants and confidential sources, and reviews of recorded conversations relating to narcotics trafficking. I have authored drug-related search warrant requests and successfully executed such warrants resulting in the seizure of drugs and other contraband, including firearms. I have also assisted in the execution of numerous drug-related search and arrest warrants. I have received extensive training in the field of narcotics enforcement and investigations. I am very familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs, including the use of the internet, internet platforms, applications, and cellular telephones to facilitate those activities.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested warrant.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of federal law, to include 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b) have been committed by one

or more persons. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE

5. The DEA, together with partner agencies, has been investigating a Facebook Account originally identified by the username "Leon Leon" (account number 100079178271142) (hereinafter the "Leon Leon Account") as being involved in the distribution of illegal controlled substances in the Bangor region. Specifically, the DEA has developed information that a Boston resident named Alexis De Leon, together with associates (the "Leon DTO") is using the Leon Leon Account and cellular telephones to arrange for the distribution of drugs in eastern Maine. These individuals are making short trips from Boston to the Bangor region to distribute drugs and collect drug proceeds from Maine sub-distributors.

*Prior Authority as to Meta*

6. On February 2, 2024, the government applied for and received authority to collect pen register trap and trace ("PRTT") data as to the Leon Leon Account in Docket No. 1:24-mc-0057-JCN. On February 7, 2024, the DEA applied for and obtained a search warrant from this Court in 1:24-mj-00031-JCN, to collect certain information about the Leon Leon Account from Meta. The affidavit in support of that warrant is attached as Exhibit 1 and the factual statements therein—which provide information regarding the identification of the Leon Leon Account and its use for drug trafficking purposes—are expressly incorporated herein.

7. On March 8, 2024, Facebook provided information pursuant to the previously authorized search warrant on the Leon Leon Account, in 1:24-mj-00031-

JCN. That information included communications spanning from September 1, 2023, through February 7, 2024. The information provided confirmed—in my training and experience and based upon an interpretation of the communications contained therein—that the Leon Leon Account was being utilized to communicate about drug trafficking activities over a significant period of time, including with several known Bangor-region customers. In my training and experience, it appeared the Leon Leon Account was one of the Leon DTO's methods of contacting customers and sub-distributors to coordinate drug-related transactions.

8. On March 25, 2024, the government applied for and received authority in 1:24-mj-0091-LEW to obtain additional information from Meta as to several accounts of Maine residents who had communications with the Leon Leon Account. The affidavit for that warrant is attached hereto as Exhibit 2 and its factual statements are expressly incorporated herein. The information obtained from Meta in response to this warrant showed that the Leon Leon Account continued to communicate with Maine customers into March of 2024. For example, information received from Meta showed that the Leon Leon Account communicated with David Ackley on March 13, 2024.[1]

*Leon DTO's Continued Activity*

9. Since receipt of the prior return information from Meta in this investigation, the Leon DTO has continued to actively bring suspected fentanyl to the

---

[1] Following the service of these prior warrants on Meta, it appeared the Leon Leon Account changed its username from "Leon Leon" to "Tom Tom." The account identifying number for the account did not change. For simplicity, this affidavit will continue to refer to the account described in Attachment A as the Leon Leon Account.

4

Bangor region. Moreover, the Leon Leon Account appears to remain in use as part of the drug trafficking activity.[2]

10. For example, the DEA came to believe that Jane Doe 5 was a customer of Leon, due largely to a significant number of contacts between a phone associated with Jane Doe 5 and a phone associated with the Leon DTO (the "3689 number").[3] On March 29, 2024, I interviewed Jane Doe 5, who admitted to recently purchasing fentanyl from a male she knew as "Leon" and would later identify as Alexis De Leon, and doing so via communications with the 3689 number. Jane Doe 5 showed communications on her phone which, based on my training and experience, were consistent with her arranging purchases of controlled substances with Leon at the 3689 number. Following this interview, Jane Doe 5 agreed to perform controlled purchases of controlled substances from the Leon DTO, at the direction of MDEA and DEA. Jane Doe 5 then completed controlled and recorded purchases of suspected fentanyl on April 2nd, 10th, and 21st. These purchases were made in the Bangor region from identified members of the Leon DTO. Surveillance that followed these controlled purchases identified additional

---

[2] The following paragraphs are not intended to be an exhaustive summary of this investigation since receipt of information from Meta. Rather, these paragraphs summarize examples of suspected continued Leon DTO activity to demonstrate that the Leon DTO continues to actively transport drugs to Maine and, based on information received thus far, to use the Leon Leon Account as part of that activity.

[3] Jane Doe 5 was already involved in an ongoing ATF investigation involving a January 2024 seizure of drugs and guns from her residence and a nearby camper. Jane Doe 5 had previously been interviewed by the ATF in regards to that investigation and did not at that time disclose any relationship to the Leon DTO. Jane Doe 5 has a significant criminal history, including prior felony convictions in Maine for drug trafficking, thefts, and burglary.

behavior on the part of Leon DTO members that was, in my experience and training, consistent with making additional deliveries of controlled substances. Seizures made as part of that surveillance have also identified additional admitted fentanyl customers of the Leon DTO.

11. Since approximately mid-February of 2024, the DEA has been receiving location information as to phones linked to the Leon DTO, via warrants with this Court. This has included location information as to the 3689 number and for a replacement phone for the 3689 number, herein referred to as the "9606 number." This location information has shown additional recent short-term trips as to Leon's phones on several occasions. These trips include but are not limited to April 25th, April 28th, May 4th, and May 12, 2024. Information associated with these trips demonstrates continued use of the Leon Leon Account.

12. For example, on May 12, 2024, the service provider for the 9606 number provided location information as to that phone showing it made a same day trip from Dorchester, Massachusetts to the Bangor area before continuing to the Ellsworth area and then traveling back to the Dorchester area. During the timeframe surrounding this trip, the Leon Leon Account was in contact with a number of Facebook accounts associated with known Maine customers of the Leon DTO. Between May 11 and May 13th, the Leon Leon Account had 86 contacts with Anthony Merrow's account, 12 contacts with Kevin Morse's account, 6 contacts with Donald Simmons' account, and 2 contacts with Edward Gastaldo's account. Exhibit 2 explains these individuals' prior connection to the Leon DTO>

13. Based on my training and experience and this continued use of the Leon Leon Account, there is probable cause to believe the Leon DTO continues to use the

Leon Leon Account for drug trafficking purposes, similar to the DTO's demonstrated use of that account from the Fall of 2023 into March of 2024.

*Facebook Preservation Request*

14. As explained in Exhibit 1, on January 31, 2024, DEA issued a preservation request to Meta/Facebook for the Leon Leon Account for the prior six-month period. Since then, the DEA has extended that preservation request to capture content created following the initial warrant executed on the Leon Leon Account. Therefore, I believe information as to the Leon Leon Account remains available on the servers of Meta/Facebook.

**FACEBOOK**

15. As with the rest of Exhibit 1, I expressly adopt and incorporate the information previously submitted to the Court regarding Facebook and Meta.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

16. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**CONCLUSION**

17. Based on the foregoing, I request that the Court issue the proposed search warrant.

18.   Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

19.   This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Respectfully submitted,

Nicholas Rich, Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 23 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title